ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Civil Action No.: CV-04-5543 (FB)(SMG)

UNITED STATES OF AMERICA, §
§
　　　　　　　Plaintiff, §
　- against- §
§
DUKERNS HORADIN, §
§
　　　　　　　Defendant. §
-----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Dukerns Horadin failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Dukerns Horadin:

**Claim No. C99-24077W**

| | |
|---|---|
| Principal Balance: | $2,686.17 |
| Total Interest Accrued at 8.000%: | $2,591.85 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $5,458.02 |
| Attorney's Fees: | $750.00 |
| Total Owed: | $6,208.02 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
6/8, 2005

Frederic Block
United States District Judge